**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN HAMMLER,<br><br>            Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>            Defendants. | 1:20-cv-00630-DAD-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDER AS PREMATURE**<br><br>**(ECF No. 17.)** |

     Allen Hammler ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On May 5, 2020, Plaintiff filed the Complaint commencing this action.  (ECF No. 1.)

     On July 6, 2020, Plaintiff filed a motion for a court order requiring defendants to show cause why Plaintiff's motion for preliminary injunctive relief, filed on May 18, 2020, should not be granted. (ECF No. 17.)  Plaintiff's motion for a court order directed to defendants is premature because to date none of the defendants have appeared in this action.  Therefore, Plaintiff's motion shall be denied as premature.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a court order, filed on July 6, 2020, is DENIED as premature.

IT IS SO ORDERED.

   Dated:   **July 7, 2020**              **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE